

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2015

No. 04-15-00430-CR

**EX PARTE** Jaime **LUEVANO**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

On August 3, 2015, relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on August 21, 2015.

**PER CURIAM**

ATTESTED TO:_____
                     Keith E. Hottle
                     Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-03-00028-CRK, styled *The State of Texas v. Jaime Luevano*, pending in the 218th Judicial District Court, Karnes County, Texas, the Honorable H. Paul Canales presiding.